

ORDERED in the Southern District of Florida on March 19, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

**EDWING J ESTRADA**
**ZOILA M ESTRADA**

PROCEEDINGS UNDER CHAPTER-7
Case No: **12-34086-BCK-LMI**

Debtor(s)
_____/

**ORDER GRANTING DEBTOR'S EX-PARTE MOTION TO REOPEN CASE FOR THE SOLE PURPOSE OF FILING REAFFIRMATION AGREEMENT**

THIS CAUSE having come before the court upon Debtor's Ex-Parte Motion to Reopen Case for the Sole Purpose of Filing Reaffirmation Agreement pursuant to 11 U.S.C. §350, Bankruptcy Rule 5010, and Local Rule 5010-1(B) and the court having considered the motion and having determined that good cause has been shown, and being otherwise fully advised in the premises, it is

1. **ORDERED** that the above-referenced case is reopened for the sole purpose of filing a reaffirmation agreement.

# # #

The clerk of court shall serve a copy of this order on all parties of record.